# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CHEEVER,<br><br>    Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE USA, INC., et al.,<br><br>    Defendants. | Case No. 4:18-cv-06715-JST (KAW)<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION REGARDING ANTICIPATED DISCOVERY LETTER**<br><br>Re: Dkt. Nos. 43, 44 |

On October 30, 2019, Plaintiff Paul Cheever filed an administrative motion seeking leave of court to attach an attorney declaration to an anticipated joint discovery letter regarding scheduling corporate witness depositions pursuant to Federal Rule of Civil Procedure 30(b)(6). (Pl.'s Mot., Dkt. No. 43.)

On October 31, 2019, Defendants filed an opposition, and represented that they suggested potential dates and locations, but Plaintiff refused to discuss the same until the parties resolved their other discovery disputes. (Defs.' Opp'n, Dkt. No. 44 at 2.) According to Defendants, Plaintiff has since reversed course and has suggested possible dates for Huawei Device USA. *Id.*

Plaintiff's administrative motion is DENIED, and the parties are ordered to follow the joint letter procedures outlined in the undersigned's standing order, which includes engaging in a good faith meet and confer effort. The Court may request counsel correspondence if necessary, but that is uncommon.

IT IS SO ORDERED.

Dated: November 4, 2019

KANDIS A. WESTMORE
United States Magistrate Judge